IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  OIL SPILL BY THE OIL RIG<br>"DEEPWATER HORIZON" IN THE<br>GULF OF MEXICO, ON APRIL 20, 2010<br><br>Applies to: *All Cases* | MDL NO. 2179<br>SECTION:  J<br>JUDGE BARBIER<br>MAG. JUDGE SHUSHAN |

**HALLIBURTON ENERGY SERVICES, INC.'S**
**MOTION TO COMPEL BP PARTIES' DISCOVERY RESPONSES**

Pursuant to Rules 26, 33, 34, 36, and 37 of the Federal Rules of Civil Procedure, Halliburton Energy Services, Inc. ("HESI") moves for an order compelling the BP Parties ("BP") to provide complete responses to certain of HESI's Interrogatories, Requests for Admissions ("RFAs"), and Requests for Production ("RFPs").  Specifically, HESI requests the Court to compel BP to amend its responses to the following:

**Interrogatory Nos.** 7, 8, 17, 19, 20, 29, and 31.

**Requests for Admission Nos.** 5, 10, 15-24, 37, 41-43, 46-47, 53, 58, 61-65, 73, 78-80, 85-87, 89-91, 93, 95, 101, 103-109, 112-114, 115, 131, 137-139, 141, 143, 144, 158-165, 179, and 180.

**Requests for Production –** July 13 request regarding GP 10-60.

HESI believes it has reached resolution on BP's responses to Interrogatories Nos. 6, 9, 10, 14, 15, and 30, and RFP No. 44 but includes these items in this motion and brief should the resolution not come to fruition.

HESI files with this motion, and brief in support thereof, the following exhibits:

Ex. 1 – The BP Parties' Responses and Objections to Halliburton Energy Services, Inc.'s Interrogatories, served on August 1, 2011 ("BP Interrog. Resp.")

Ex. 2 – The BP Parties' Responses and Objections to Halliburton Energy Services, Inc.'s First Requests for Admission, served on August 1, 2011 ("BP RFA Resp.")

Ex. 3 – BP Exploration & Production, Inc.'s Responses and Objections to Halliburton Energy Services, Inc.'s Requests for Production, served on May 10, 2011 ("BP RFP Resp.")

Ex. 4 – BP Exploration & Production, Inc.'s Responses and Objections to Halliburton Energy Services, Inc.'s Second Requests for Production, served on May 27, 2011 ("2d BP RFP Resp.")

Ex. 5 – HESI letter to BP detailing deficiencies in BP's document production, sent July 13, 2011 ("July 13 Ltr.")

Ex. 6 – HESI letter to BP detailing preliminary issues with written discovery responses, sent August 9, 2011 ("Aug. 9 Ltr.")

Ex. 7 – HESI email to BP describing in detail deficiencies in BP's discovery responses, sent August 18, 2011 ("HESI Email")

Ex. 8 – BP email response refusing to amend the disputed responses sent August 18, 2011 ("BP Resp. Email")

Ex. 9 – HESI email reiterating its position in reply sent August 18, 2011 ("HESI Reply Email")

Ex. 10 – HESI letter to BP detailing various deficiencies in BP's discovery responses, sent August 19, 2011 ("Aug. 19 Ltr.")

Ex. 11 – BP letter to HESI regarding the status of "meet-and-confer" issues, sent August 25, 2011 ("Aug. 25 Ltr.")

Ex. 12 – HESI 9 7/8" x 7" Production Casing Proposal, dated April 15, 2010 (HAL_0126063)

Ex. 13 – M-I email to BP regarding Fann 70 data (Depo. Ex. 1814, BP-HZN-MBI 00129100)

Ex. 14 – HESI 16" Liner Proposal, dated Feb. 9, 2010 (HAL_0024990-0025002)

Pursuant to Rule 37(a)(1) and the directives of this Court, HESI participated in numerous oral and written meet-and-confers in an effort to resolve the discovery disputes at issue.

Although the parties reached agreements on some of BP's deficient responses, no agreements were reached with respect to the requests identified above. Accordingly, HESI respectfully requests that this Court issue an order compelling BP to comply with Rules 33(b), 34(b), and 36(a)(4) and provide complete and appropriate responses to these requests as explained in HESI's supporting brief.

HESI prays that this Court grant its request for an order compelling BP to fully, accurately, and completely answer the discovery requests, and for any other relief to which is may be entitled.

Respectfully Submitted,

**GODWIN RONQUILLO PC**

**By:** /s/ *Donald E. Godwin, T.A.*
Donald E. Godwin
*Attorney-in-charge*
State Bar No. 08056500
dgodwin@GodwinRonquillo.com
Bruce W. Bowman, Jr.
State Bar No. 02752000
bbowman@GodwinRonquillo.com
Jenny L. Martinez
State Bar No. 24013109
jmartinez@GodwinRonquillo.com
Floyd R. Hartley, Jr.
State Bar No. 00798242
fhartley@GodwinRonquillo.com
Gavin E. Hill
State Bar No. 00796756
ghill@GodwinRonquillo.com
Renaissance Tower
1201 Elm, Suite 1700
Dallas, Texas 75270-2041
Telephone: 214.939.4400
Facsimile: 214.760.7332

and

        R. Alan York
        State Bar No. 22167500
        AYork@GodwinRonquillo.com
        Jerry C. von Sternberg
        State Bar No.  20618150
        JVonSternberg@GodwinRonquillo.com
        Misty Hathaway-Coné
        State Bar No.  24032277
        MCone@GodwinRonquillo.com
        1331 Lamar, Suite 1665
        Houston, Texas 77010
        Telephone:  713.595.8300
        Facsimile:  713.425.7594

        **ATTORNEYS FOR DEFENDANT HALLIBURTON ENERGY SERVICES, INC.**

## CERTIFICATE OF CONFERENCE

Counsel for HESI and counsel for BP have personally conducted multiple conferences via email and telephone, during which there was a substantive discussion of every item presented to the Court in Halliburton Energy Services, Inc.'s August 29, 2011 motion pertaining to its outstanding discovery requests to the BP Parties, and despite best efforts the counsel have not been able to resolve those matters presented.

        /s/  Donald E. Godwin
        Donald E. Godwin

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing document, Defendant Halliburton Energy Services, Inc.'s Motion to Compel BP's Discovery Responses, has been served on all Counsel by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pretrial Order No. 12, on this 29th day of August.

        /s/  Donald E. Godwin
        Donald E. Godwin